UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE Z. RUIZ,

        Plaintiff,

v.

JEANNE YOUNGQUIST, *et al.*,

        Defendants.

Case No. C18-1545-RSM

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's amended complaint (Dkt. 6) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to state any claim upon which relief may be granted;

(3) Plaintiff's motion for preliminary injunctive relief (Dkt. 7) is STRICKEN as moot; and

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 5 day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2